UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DERRICK WILSON,

                Plaintiff,

        v.                                  5:01-CV-1597
                                                    (FJS/DEP)

NELSON AQUINO, sam being a Police Officer
in the employ of the City of Syracuse Police
Department, in his individual and official
capacity; RALPH BOWERING, sam being a
Police Officer in the employ of the City of Syracuse
Police Department, in his individual and official
capacity; MICHAEL EMOND, sam being a Police
Officer in the employ of the City of Syracuse Police
Department, in his individual and official capacity;
and BRIAN LENDY, sam being a Police Officer
in the employ of the City of Syracuse Police
Department, in his individual and official
capacity,

                Defendants.

---

| APPEARANCES | OF COUNSEL |
|---|---|
| **OFFICE OF ANTHONY C. OFODILE** | ANTHONY C. OFODILE, ESQ. |
| 498 Atlantic Avenue | |
| Brooklyn, New York 11217 | |
| Attorneys for Plaintiff | |
| | |
| **CITY OF SYRACUSE** | MARY ANNE DOHERTY, ESQ. |
| **OFFICE OF CORPORATION COUNSEL** | NANCY JEAN LARSON, ESQ. |
| City Hall | JAMES P. MCGINTY, ESQ. |
| 233 East Washington Street | |
| Syracuse, New York 13202 | |
| Attorneys for Defendants | |
| | |
| **OFFICE OF EMIL M. ROSSI** | EMIL M. ROSSI, ESQ. |
| 307 South Townsend Street, Suite 100 | |
| Syracuse, New York 13202 | |
| Attorneys for Officer Lendy | |

OFFICE OF MICHAEL J. VAVONESE        MICHAEL J. VAVONESE, ESQ.
407 South Warren Street, Suite 300
Syracuse, New York 13202
Attorneys for Officer Lendy

**SCULLIN, Senior Judge**

## ORDER

      Currently before the Court is Plaintiff's motion, pursuant to 42 U.S.C. § 1988, for attorney's fees and costs expended on his successful defense of Defendants' appeal of the judgment in this action. Specifically, Plaintiff seeks attorney's fees for 82 hours and 28 minutes that his attorney expended on that appeal, as well as for three hours of travel. Plaintiff seeks reimbursement at the hourly rate of $175.00 for legal work and $87.50 for travel time, for a total of $14,721.87. Plaintiff also seeks $622.07 in costs for the printing of sixteen copies of the appellate brief and for the filing and service of those copies.

      Plaintiff filed his attorney's contemporaneous time records to support his motion. In response, Defendants argue that the Court should either disallow or reduce various work-time entries. After reviewing the time records and Defendants' objections, the Court finds as follows:[1]

---

[1] In addition to their objections about the number of hours that Plaintiff's attorney expended on the legal work associated with Plaintiff's defense of their appeal, Defendants also object to Plaintiff's entry regarding his three hours of travel to get to and from the Second Circuit. Plaintiff responded to Defendants' objection, and the Court finds that Plaintiff has offered a reasonable explanation for the three hours of travel time.

| Date of Entry | Requested Hours | Court-approved Hours |
|---|---|---|
| 10/11/06 | 2 hrs., 30 mins | 0 |
| 9/2/06, 9/30/06, 10/12/06, 10/20/06, 10/21/06, 10/22/06, and 10/23/06 | 35 hrs., 36 mins. | 31.1 hrs. |
| 5/6/07, 5/7/07, 5/8/07 | 23 hrs. | 15 hrs. |
| 6/7/07 | 7 hrs., 30 mins. | 4 hrs. |
| 7/11/06, 10/2/06, 3/10/07, 3/21/07, 3/25/07, 3/27/07, 5/26/07 | 9 hrs. | 9 hrs. |

Based upon the Court's review, the reasonable number of hours that Plaintiff's attorney expended on the successful defense of Defendants' appeal is **59.1 hours** of legal work and **3.0 hours** of travel. Using the hourly rate of $175.00 for the legal work and $87.50 for travel, the Court finds that Plaintiff is entitled to an award of attorney's fees in the amount of **$10,605.00** and costs for printing and serving the appellate brief in the amount of **$622.07**.

Accordingly, the Court hereby

**ORDERS** that Plaintiff's motion for attorney's fees and costs is **GRANTED** in the amount of **$11,227.07**; and the Court further

**ORDERS** that the Clerk of the Court shall enter a judgment in favor of Plaintiff consistent with this Order.

**IT IS SO ORDERED.**

Dated: January 23, 2009
       Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge