# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT ON ATTORNEYS FEES

**DERRICK WILSON**

    vs.                    **CASE NUMBER: 5:01-CV-1597 (FJS/DEP)**

**NELSON AQUINO**, same being a Police Officer in the employ of the City of Syracuse Police Department, in his individual and official capacity; **RALPH BOWERING**, same being a Police Officer in the employ of the City of Syracuse Police Department, in his individual and official capacity; **MICHAEL EMOND**, same being a Police Officer in the employ of the City of Syracuse Police Department, in his individual and official capacity; and **BRIAN LENDY**, same being a Police Officer in the employ of the City of Syracuse Police Department, in his individual and official capacity

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

It is Ordered that Plaintiff's Motion for Attorney's Fees and Costs is granted in the amount of $11,227.07.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, Jr., dated the 23rd day of January, 2009.

DATED: February 4, 2009

                                                    Clerk of Court

                                                    Joanne Bleskoski
                                                    Deputy Clerk